

{ GRAND FUNK LOVES DREW BARRYMORE }
{ PAGE NUMBER III OR IV PAGES }

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
APPLICATION TO PROCEED WITHOUT
PREPAYMENTS OF FEES AND ~~AFFIDAVIT~~ AFFIDAVIT.

1.- PLAINTIFF # IVAN MENDEZ              08-413
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # ONCE AGAIN CORRECTIONS OFFICERS MS. T. HARRIS, MS. DELILAH OR DALILEH, MR. STEPHENS, MR. JUAN DOE, MS. JANE DOE, AND ALL OF THE CORRECTIONS OFFICERS IMPLICATED AS MR. JUAN DOE AND MS. JANE DOE AND ALL OF THE INMATES IMPLICATED AS MR. JUAN DOE, AND THE OTHER STAFF IMPLICATED.

1.- I AM THE PLAINTIFF UNDER 28 USC 1915 I AM UNABLE TO PAY THE COSTS OF THIS COMPLAINT.
2.- ARE YOU CURRENTLY INCARCERATED # YES
3.- IF YES WHERE # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977.
4.- ARE YOU EMPLOYED THERE # NO
5.- DID YOU RECEIVE ANY MONEY FROM THAT PRISON # NO
6.- NAME AND ADDRESS OF LAST EMPLOYER # MR. SAMMY CONGO, AT CONGO FUNERAL HOME 2901 W., 2ND ST. WILMINGTON DE. 19805 OR AT PETRUCON, 100 N. CLEVELAND AVE. WILMINGTON DE. 19805.
10.- MONTHLY SALARY RECEIVED # $16,00 OR 2,000.
1.- LAST DAY EMPLOYED # OCT. OR NOV. OR 2000.
2.- LAST PAYMENT OF SALARY RECEIVED # $16,00 OR 2,000.
3.- HAVE YOU RECEIVED ANY MONEY ON THE LAST YEAR PERIOD # NO
4.- DID YOU HAVE CASH OR ANY ACCOUNT # NO
(PLEASE TURN THIS FORM TO THE OTHER SIDE)

5o- DO YOU OWN ANY PROPERTYS # NO
6o- LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # WHAT IS LEFT OF MY FAMILY.
7o- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
8o- DATE # 07/04/2008
9o- SIGNATURE # IVAN MENDEZ

(PLEASE TURN THIS PAGE TO PAGE NUMBER THREE)

{ JULY FOURTH OF 2008
{ HALLOWEEN LOVES MEGG RYAN
{ PAGE NUMBER IV OF IV PAGES } H

07/04/2008

D.C.C.
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX MONTHS PERIOD.

TO # MR. JOSEPH HUDSON
     SUPPORT SERVICES MANAGER
     D.C.C.
     SMYRNA DE. 19977

DATE # 07/04/2008

FROM # IVAN MENDEZ
       INMATE'S SIGNATURE #

453351
S.B.I #

— I HEREBY CERTIFY —

I AM REQUESTING A CERTIFIED STATEMENT OF MY ACCOUNT
FOR PAST SIX MONTHS PERIOD UNDER 28 USC 1915 (A)(2)

IVAN MENDEZ
SIGNATURE #
28 USC 1746 AND 18 USC 1621