{ JULY FOURTH OF 2008                              07/04/2008
  ELTHAN EVAN LOVES PAMELA ANDERSON
  PAGE NUMBER I OF IV PAGES }                        ع
                                                     ≋

            U.S. DISTRICT COURT
            FOR THE DISTRICT OF DELAWARE.
            FORM TO BE USED BY A PRISIONER IN FILLING A COMPLAINT
            UNDER THE CIVIL RIGHTS ACT 42 USC 1983.

                               08 - 4 1 3        FILED
                                                 JUL - 7 2008
                                                 U.S. DISTRICT
                                                 DISTRICT OF ...

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # ONCE AGAIN CORRECTIONS OFFICERS MISS. HARRIS, MS. DELILAH OR DAILEY, MR. STEPHENS, MR. JUAN DOE, MS. JANE DOE, AND ALL OF THE CORRECTIONS OFFICERS IMPLICATED AS MR. JUAN DOE AND MS. JANE DOE, AND ALL OF THE INMATES IMPLICATED AS MR. JUAN DOE, AND THE ~~OTHER~~ OTHER STAFF IMPLICATED.

4.- JURISDICTION IS PROPER IN THIS COURT ACCORDING TO # 42 USC 1983.
5.- PLAINTIFF # IVAN MENDEZ.
6.- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977.
7.- LIST CAPTION AND CASE NUMBER OF YOUR PREVIOUS LAWSUITS # HONORABLE MASTER AS YOU KNOW IT TOO THIS INFORMATION, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, PENSILVANIA, DELAWARE, WASHINGTON D.C., AND FROM ALL OF THIS CRIMINAL ORGANIZATION AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.
8.- IS THERE A PRISIONER GRIEVANCE # YES
9.- HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # YES
10.- WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO.
11.- WHAT WAS THE RESULTS # NEGATIVE, NO RESULTS AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS TOO.

12.- NAME OF DEFENDANTS # THIS CRIMINAL ORGANIZATION.

13.- IS EMPLOYED A # AS YOU KNOW IT TOO THEIR JOBS AND POSITIONS.

14.- ADDRESS # AS YOU KNOW IT TOO ALL OF THEIR ADDRESSES.

15.- STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE MASTER, THIS IS JUST ANOTHER OF MY DIFFERENT LEGAL FORMS AGAINST THIS CORRECTIONS OFFICERS, OTHER STAFF WORKERS AND INMATES IMPLICATED, AS YOU KNOW IT TOO ALL OF THE DETAILS ON MY PRIOR DIFFERENT LEGAL FORMS AND LETTERS AGAINST THIS CORRECTIONS OFFICERS, OTHER STAFF WORKERS AND INMATES IMPLICATED, AND ALSO ON MY LEGAL FORMS MENDEZ VS. THIS CRIMINAL ORGANIZATION, AND MENDEZ VS. OTHER PARTIES AND I AM RAISING AGAIN ANOTHER LEGAL FORM AGAINST THIS CORRECTIONS OFFICERS, OTHER STAFF AND INMATES IMPLICATED BECAUSE ONCE AGAIN ON 06/30/2008, JUNE THIRTY OF 2008, THE CORRECTIONS OFFICER MS. JANE DOE, ALIAS DELILAH OR DALILEY AS YOU KNOW IT TOO HER NAME ON MY PRIOR LEGAL FORMS, THE SAME CORRECTIONS OFFICER WHOM CALLED ME DOG " PUPPY ", AND THE OTHER WOMAN CORRECTIONS OFFICER THE ONE WHOM OPEN THE SHOWERS FOR OTHER INMATES TO COME OUT WITHOUT HANDCUFFS AS YOU KNOW IT TOO HER MS. T. HARRIS, ON 06/30/2008, WHILE I WAS TAKING A SHOWER, THEY BOUGHT THE INMATE WHOM LIVES ON THE INFIRMARY ROOM, OVER TO THE SHOWERS FOR DISABLED PEOPLE WHERE I WAS TAKING A SHOWER, AND LET HIM POUR SOAP ON THE FLOOR FROM ONE FOAM BOWL FROM THE KITCHEN, WHICH HE WAS NOT SUPPOSSED TO KEEP ON HIS CELL, AND RIGHT IN FRONT OF THEM HE LEFT THE BOWL FULL OF SOAP FOR ME TO GET OUT AND SLIP AND FALL AN D HURT MYSELF AGAIN, AS THE CORRECTIONS OFFICER SAID THAT IT DOESN'T MATTER. THAT IF I AM HURT MYSELF THAT NOBODY WILL HELP ME BECAUSE I AM NOTHING BUT AN OLD WHITE RED NECK, AND ON THE AFTERNOON THE NURSE CAME TO GIVE ME MY PAINKILLERS AND AGAIN AS ALWAYS JUST PLAYING WITH MY MEDICATION GAVE ME A PILL THAT LOOKS LIKE MY IBUPROFEN, AND CAME ALONG WITH CORRECTIONS OFFICERS AND MS. T. HARRIS, MS. DELILAH OR DALILEY, AND WITH MS. JANE DOE, THE CORRECTIONS OFFICER WHOM TRY TO FORCED ME TO EAT SOME LEFTOVERS THAT OTHER PEOPLE DON'T EAT TELLING ME TO EAT IT SO WE CAN MAKE MY LEGAL CASE IN COURT CONFIDENTIAL AS YOU KNOW IT TOO HER, AND

{ JULY FOURTH OF 2008 }  07/04/2008
{ FIREHOUSE LOVES ANNA NICOLE'S SMITH. }  R
{ PAGE NUMBER II OR IV PAGES }

AGAIN TRASHED MY DOOR, ONCE AGAIN PUT GARBAGE OUTSIDE MY DOOR, AS YOU KNOW IT TOO NOW THEY LATELY BEGUN TO PUT TRASH OUTSIDE OF MY CELL, AGAIN ~~~~ MILK CARTOONS, PLASTIC BAGS, PAPERS, LETTERS, NEWSPAPERS, LEGAL DOCUMENTS LIKE BEFORE AS YOU KNOW IT TOO ALL ABOUT IT, BUT LATELY THEY PUT EMPTY CUPS OF PAPER AND PLASTIC, WHERE THE NURSE BRING THE PILLS ON ARE NOT WHAT THAT MEAN, AS YOU KNOW IT TOO THEIR DOUBLE SENSE, AND AS YOU KNOW IT TOO THAT THEY DON'T GIVE ME THE CUPS LIKE THEY GAVE IT TO EVERYBODY ELSE, EVEN FOR DOZENS, SAME AS YOU KNOW IT TOO, NOW OTHER PEOPLE LIVES ON THIS TIER TOO, AS WHEN THE CORRECTIONS OFFICERS SEARCH THEIR ROOM AND FIND CONTRABAND AND DIRT ON THE WALLS AND ALL KIND OF GARBAGE AND WRITE THEM UP AND MOVE THEM TO ANOTHER TIER WHERE THEY DRESS ON RED, LIKE LOWER TWELVE, LOWER ELEVEN, LOWER ONE AND OTHERS AND BRING THEM BACK RIGHT AWAY AS YOU KNOW IT TOO WHY, SAME AS YOU KNOW IT TOO ALL THAT THE CORRECTIONS OFFICERS STILL DOING IT TO ME SINCE THEY MOVED ME OVER HERE ON MY WHEELCHAIR ON 04/20/2006, APRIL TWENTY OF 2006, AFTER BEING ASSAULTED ONCE AGAIN THAT TIME BY MR. SCOTT HAROLD AS YOU KNOW IT TOO ALL ABOUT IT, AS YOU KNOW IT TOO NOW THAT C/O BROUGHT THE INMATE TO THE SHOWER ROOM TO THROW ME THAT HIS URINE (PEE), AND WHEN I CAME OUT HE THREW IT AND THE C/O DON'T OPENED MY DOOR, AND SAYING THAT HE DO THAT BECAUSE I AM AN OLD WHITE AMERICAN RED NECK, SAME AS YOU KNOW IT TOO NOW THAT DAY EARLY ON THE MORNING, ANOTHER C/O TOLD HIM TO THROW HIS PEE (URINE) AND JUICE TO MY CELL AND SHE LEFT HIS WINDOW OF EVEN SO HE THROW IT AT MY CELL AS YOU KNOW IT TOO ALL ABOUT IT SAME AS YOU KNOW IT TOO NOW THEY TRY TO FORCE ME TO GO UPSTAIRS TO TAKE A SHOWER, HARRASSING ME INSIDE OF MY CELL CALLING ME TALIBAN DON'T TAKE MY MAIL FROM MY CELL BECAUSE THEY SAID THAT I AM NOTHING BUT AN OLD WHITE RED NECK,

( PLEASE TURN THIS FORM TO THE OTHER SIDE )

Same as you know it too how they gave my coffee and water to other inmates, as you know it too how they returned my mail saying that I don't gave them any to's slip, or saying that I need to put mail stamp, for legal mail not any to's, or open my mail envelopes and returned to me opened, and you know it too all the evil that they do to myself along with the inmates and other staff workers, as you know it too all about it, this is just another memorandum as you know it too all of the details on my other different legal forms and 1983s, Mendez vs. this criminal organization, and Mendez vs. their parties and on my letters as you know it too all about it, same as you know it too that my mandatory time was due last year on 12/23/2007, over half year ago, same as you know it too that I was not supposed to be removed from S.o.C.I., over at Georgetown DE., because I am under public detainer by the I.N.S., as you know it too all about it, same as you know it too that I'm not an old white American cowboy between 45 and 54 years old with an old white American cowboy's accent, as you know it too that I was born in the old Mexico on 12/04/1973, same as you know it too how this criminal organization, have send it people from Gander Hill Prison, from Delaware Psychiatric Center, from Sussex Correctional Institution and from over here at D.C.C., to accomplish this nasty set up conspiracy and this widely spread it plot to kill me as you know it too all about it, so I'll be glad to hear from you soon as possible.

5.— How have you been injured by the actions of the defendants # physically, emotionally, verbally and in many other ways as you know it too all about it

6.— State briefly what you want the courts do for you # honorable master as you know it too this information

8.— I declare under penalty of perjury that the above information is true and correct.

9.— Date # 07/04/2008

20.— Signature # Ivan Mendez

I/M: IVAN MENDEZ
SBI# 453351   UNIT S.H.U. #18
**DELAWARE CORRECTIONAL CENTER**
**1181 PADDOCK ROAD**
**SMYRNA, DELAWARE 19977**

U.S. DISTRICT COURT
844 NORTH KING STREET
LOCKBOX #18
WILMINGTON DELAWARE
19801